UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE,<br><br>    Defendant. | Case No. 17-cv-01205 NC<br><br>**ORDER TO SHOW CAUSE REGARDING NON-OPPOSITION TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

Plaintiff Gilbert Chavez's opposition to defendant Citimortgage's motion to dismiss is past due. Dkt. No. 8. The Court instructs Chavez to respond to the motion to dismiss. That response is due by April 28, 2017. If Chavez fails to respond to the motion by that time, the Court will grant defendant's motion to dismiss.

The Court also reminds Chavez to return by April 28 the form consenting or declining the Court's jurisdiction over this case. A copy is attached.

**IT IS SO ORDERED.**

Dated: April 24, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-01205 NC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT CHAVEZ,
    Plaintiff,
v.
CITIMORTGAGE,
    Defendant.

Case No. 17-cv-01205 NC

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:

NAME:
COUNSEL FOR:
(OR "PRO SE:)

_____
Signature