UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT CHAVEZ,

    Plaintiff,

v.

CITIMORTGAGE, et al.,

    Defendants.

Case No. 17-cv-01205 NC

**ORDER TO SHOW CAUSE RE: NONCOMPLIANCE WITH THE COURT'S JUNE 22, 2017, ORDER**

Re: Dkt. No. 30

Attorney Bhatnagar failed to comply with the Court's June 22, 2017, order. The Court ordered Bhatnagar to (1) refile Chavez's joint case management statement after conferring with defendant; (2) "either move to withdraw the First Amended Complaint, or explain in a filed motion why the Court should grant leave to file it. The motion must be accompanied by a document comparing the changes from the original complaint to the First Amended Complaint"; and (3) file a declaration that he had showed the Court's June 22 order to his client, Mr. Chavez. Dkt. No. 30.

The Court ordered Bhatnagar to do each of these things by June 26, 2017. The Court is in receipt of a joint case management statement, but not a motion regarding the amended complaint nor the declaration demonstrating he showed the Court's order to his client. No document requesting an extension or an excusal of this failure to act has been filed.

At tomorrow's, June 28, 2017, case management conference, which Bhatnagar must

Case No. 17-cv-01205 NC

attend in person, he must be prepared to discuss why he should not be referred to the Court's Standing Committee on Professional Conduct for failure to respond to the Court's order. Civil L.R. 11-6.

**IT IS SO ORDERED.**

Dated: June 27, 2017 	 _____
NATHANAEL M. COUSINS
United States Magistrate Judge